IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:15-CV-262-H-KS

MERZ NORTH AMERICA, INC.,            )
                                     )
          Plaintiff,                 )
                                     )
     v.                              )
                                     )          **ORDER**
CYTOPHIL, INC., d/b/a REGENSCIENTIFIC,  )
                                     )
                                     )
          Defendant.                 )

On motion of Defendant and for good cause shown, the court GRANTS Defendant's

request for a thirty-day extension of its deadline for filing contentions under Local Patent Rule

303.3 and for responding to Plaintiff's October 19, 2015, discovery requests.   The court

DEFERS ruling on Defendant's request for a stay of the proceedings pending Plaintiff's deadline

for responding to such request.

This 14th day of November 2015.

_____
KIMBERLY A. SWANK
United States Magistrate Judge